IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHERMANE STUART, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:06-1000 |
| ) | Judge Trauger |
| METROPOLITAN GOVERNMENT FOR ) | Magistrate Judge Griffin |
| NASHVILLE AND DAVIDSON COUNTY, ) | |
| STEPHEN D. HALFORD, Director-Chief, and ) | |
| JOHN ALLISON, Captain, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On July 16, 2007, the Magistrate Judge issued a Report and Recommendation, making several recommendations. (Docket No. 28) No timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motions to Dismiss filed by defendants Allison and Halford (Docket Nos. 17, 19) are **GRANTED IN ALL RESPECTS**, and these individual defendants are **DISMISSED** from this case. It is further **ORDERED** that the Motion to Dismiss filed by defendant Metropolitan Government of Nashville and Davidson County (Docket No. 9) is **GRANTED**, and the plaintiff's claims under 42 U.S.C. §§ 1985 and 1986 and under state law are **DISMISSED**. The plaintiff's claims under Title VII and 42 U.S.C. § 1983 against defendant Metropolitan Government of Nashville and Davidson County shall go forward. Because the plaintiff is still *pro se*, this case is **REFERRED** back to the Magistrate Judge for further handling under the original referral Order.

It is so **ORDERED.**

1

Enter this 10th day of August 2007.

_____
ALETA A. TRAUGER
U.S. District Judge