IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHERMANE STUART, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:06-1000 |
| ) | Judge Trauger |
| METROPOLITAN GOVERNMENT FOR ) | |
| NASHVILLE AND DAVIDSON COUNTY, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

This case has been remanded to this court from the Sixth Circuit Court of Appeals (Docket No. 168) upon the request of the parties who have settled this case.

Pursuant to FED. R. CIV. P. 60, the court hereby **VACATES** the jury verdict entered in favor of Ms. Stuart on October 22, 2009 and filed with the Clerk on October 23, 2009 (Docket Nos. 134-137) and the final Judgment entered in this matter on October 23, 2009 (Docket No. 138). The court further **VACATES** its Memorandum and Order entered on December 21, 2009 disposing of the parties' post-trial motions (Docket Nos. 156-57; *Stuart v. Metropolitan Government*, __ F. Supp.2d __, 2009 WL 5196066, *4 (M.D. Tenn. Dec. 21, 2009)) and its Memorandum and Order entered on January 9, 2009 disposing of the Metropolitan Government's Motion for Summary Judgment (Docket Nos. 72-73). All factual and legal findings and conclusions embodied in the Verdict, Judgment, and the aforementioned Memoranda and Orders of the court are **VACATED** and shall be of no force or effect by third parties for collateral estoppel or other preclusive purposes.

This case is **DISMISSED WITH PREJUDICE**.

1

It is so **ORDERED**.

ENTER this 20th day of April 2010.

                                            ALETA A. TRAUGER
                                            U.S. District Judge